IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| KATHY REAVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-148 |
| | ) | |
| MICHAEL DANIEL HUCKO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 31-1.)[1] One aspect of the objections merits brief comment.

The Magistrate Judge recommended dismissal of each of Plaintiff's federal claims for failure to state a claim upon which relief may be granted. (See doc. no. 29, pp. 7-14.) In her objections, Plaintiff "concurs" with the Magistrate Judge's recommendations and asserts she will "replead" her federal claims to "state a claim for which relief can be granted." (Doc. no. 31-1, pp. 6-7.) To be clear, this case is dismissed with the entry of this Order, and Plaintiff may not replead her claims in this case. Plaintiff was provided an opportunity to amend her

---

[1] Plaintiff filed a motion for an extension of time to respond to the Report and Recommendation and attached a document titled "Plaintiff Teacher Response to Magistrate Judge's Report and Recommendation Dated February 28, 2024." (Doc. no. 31.) The Court **GRANTS** Plaintiff's motion, (id.), and **ACCEPTS** Plaintiff's late-filed response, which the Court liberally construes as Plaintiff's objections, (doc. no. 31-1).

complaint for a second time after it arrived in the Southern District of Georgia, which she failed to do. (See doc. no. 18, p. 3; doc. no. 29, p. 1; see also doc. nos. 21, 24, 25.) Plaintiff may not amend her complaint now, as she is no longer permitted to amend as a matter of course and has not requested leave of Court to do so. See Fed. R. Civ. P. 15. If Plaintiff wishes to replead the claims dismissed in the instant case, she may, if she so chooses, file a new case in accordance with the Federal Rules of Civil Procedure.

Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case for failure to state a claim, **DISMISSES** any potential state law claims without prejudice, and **CLOSES** this civil action.

SO ORDERED this 1ST day of April, 2024, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA